IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**CAMERON DAVIS,**

   Plaintiff,

      v.                     Case No. 17-cv-2511-SHM-dkv

**ILLINOIS CENTRAL RAILROAD COMPANY,**

   Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties stipulate to the dismissal of this case with prejudice, with each party to bear its own costs and expenses.

      Stipulated

      *s/ Chester H. Lauck, III*
      Chester H. Lauck, III
      Lauck Law Firm
      210 Thayer St.
      Little Rock, AR 72205
      Phone: (501) 375-2825
      Facsimile: (501) 375-2826
      chet@laucklawfirm.com
      Attorneys for Plaintiff

      *s/ Steven W. Likens*
      Steven W. Likens (013311)
      Littler Mendelson, P.C.
      3725 Champion Hills Drive, Suite 3000
      Memphis, Tennessee 38125
      (901) 795-6695
      slikens@littler.com
      Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that November 24, 2017, he filed the accompanying Stipulation of Dismissal With prejudice with the Court's ECF/CM system, which will contemporaneously serve notice of filing on Plaintiff's counsel, Chester H. Lauck, III (chet@laucklawfirm.com).

s/ <i>Steven W. Likens</i>