IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**CAMERON DAVIS,**

    **Plaintiff,**

**VS.**　　　　　　　　　　　　　　　　　　　　　　**Cv. No. 17-2511-SHM/dkv**

**ILLINOIS CENTRAL RAILROAD COMPANY,**

    **Defendant.**

---

### ORDER OF DISMISSAL

---

The parties have submitted a Stipulation of Dismissal indicating that this matter may be dismissed with prejudice. This case is therefore dismissed in its entirety with prejudice. Each party to bear its own costs and expenses.

SO ORDERED this 27th day of November, 2017.

                                        *s/ Samuel H. Mays, Jr.*
                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE