```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```

CAMERON DAVIS,

      Plaintiff,

VS.                                  Cv. No. 17-2511-SHM/dkv

ILLINOIS CENTRAL RAILROAD
COMPANY,

      Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this matter is dismissed with prejudice in accordance with the Order of Dismissal docketed November 27, 2017.  Each party to bear its own costs and expenses.

**APPROVED:**

*s/  Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| *November 27, 2017*<br>DATE | THOMAS M. GOULD<br>CLERK |
| | *s/  Zandra Frazier*<br>(By) DEPUTY CLERK |